[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 23, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-15802
Non-Argument Calendar

_____

D. C. Docket No. 07-14042-CR-KMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM THOMAS SHIVER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(October 23, 2008)**

Before ANDERSON, HULL and FAY, Circuit Judges.

PER CURIAM:

Michael Cohen, appointed counsel for William T. Shiver in this direct

criminal appeal, has filed a motion to withdraw from further representation of the appellant on the ground that the appeal has no arguable merit, and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Shiver's conviction and sentence are **AFFIRMED**.